CITY OF NEW YORK, Respondent, *v.* BROOKLYN AND MANHATTAN FERRY COMPANY, Appellant.

*City of New York* v. *Brooklyn & Manhattan Ferry Co.*, 170 App. Div. 897, affirmed.

(Argued October 12, 1916; decided October 31, 1916.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered August 3, 1915, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action for an accounting in accordance with the terms of a certain lease and amended lease of a ferry operated by the defendant between the borough of Manhattan and the borough of Brooklyn in the city of New York. The question presented to the court was whether the ferry company was entitled to set up as a deduction in arriving at net profits, only moneys actually paid out in cash, or whether it was entitled, as it claimed, to set up as a deduction an expense in the nature of depreciation, even though that expense had not actually been paid out in cash.

*A. S. Gilbert* for appellant.

*Lamar Hardy, Corporation Counsel* (*Terence Farley* and *Josiah A. Stover* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, COLLIN, CUDDEBACK, HOGAN and CARDOZO, JJ.